Form **RAB18** (Official Form 18)(10/05)

# United States Bankruptcy Court

District of Utah
Case No. **15–21195**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mercedes Roysha Childs
  1312 N.100 W.
  Layton, UT 84041

Social Security No.:
  xxx–xx–5057

Employer's Tax I.D. No.:

Petition date: 2/17/15

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                        BY THE COURT

Dated: 6/2/15                           Joel T. Marker
                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM RAB18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                   United States Bankruptcy Court
                                          District of Utah

In re:                                                                  Case No. 15-21195-JTM
Mercedes Roysha Childs                                                  Chapter 7
          Debtor
                                       CERTIFICATE OF NOTICE
District/off: 1088-2           User: dlg                    Page 1 of 3                   Date Rcvd: Jun 02, 2015
                               Form ID: rab18               Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2015.
db             +Mercedes Roysha Childs,    1312 N.100 W.,    Layton, UT 84041-2101
9708709        +Advanced Collections Services,    PO Box 626,    Plainville, CT 06062-0626
9708710        +All Finance Auto,    4550 S. Main St.,   Salt Lake City, UT 84107-6763
9708711        +American Coradius International, LLC,    PO Box 505,    Linden, MI 48451-0505
9708720        +CNAC MI105,   2323 W Jefferson St.,    Joliet, IL 60435-6445
9708721        +CNAC-UT103,    4956 W. 6200 S.,    Salt Lake City, UT 84118-6703
9708722        +CNACUT103,    730 S. State St.,    Clearfield, UT 84015-1811
9708719       #+Centrus Auto Finance,    PO Box 195696,    Dallas, TX 75219-8611
9708731        +Davis Hospital and Medical Center,    Business Office/Billing,    1600 West Antelope Dr.,
                 Layton, UT 84041-1142
9708732        +Davis Hospital and Medical Center,    PO Box 26894,    Salt Lake City, UT 84126-0894
9708735        +EZ II Rent to Own,    1167 W. 12TH ST. #4,    Ogden, UT 84404-5408
9708734        +Emergency Physicians Integrated Care,    PO Box 96398,    Oklahoma City, OK 73143-6398
9708733        +Emergency Physicians Integrated Care,    144 S. 500 E.,    Salt Lake City, UT 84102-1907
9708736        +Fairstone At Riverview,    4341 Riverboat Rd.,    Salt Lake City, UT 84123-2549
9708739       #+Knight Adjustment Bureau,    823 E. 400 S.,    Salt Lake City, UT 84102-2903
9708741        +Law Offices of Quinn M. Kofford, PC,    PO Box 1425,    American Fork, UT 84003-6425
9708742        +LoanMart Auto Title Loans,    15821 Ventura Blvd., Ste. 280,    Encino, CA 91436-5218
9708749        +Medical Revenue Services,    PO Box 1940,    Melbourne, FL 32902-1940
9708750        +Millwood Management,    5640 South Riley Lane,    Salt Lake City, UT 84107-5800
9708758        +National Fitness,    PO Box 497,   Layton, UT 84041-0497
9708759        +Noyes Law Firm,    315 S. 500 E., Ste. 102,    American Fork, UT 84003-3840
9708760        +Onemain Financial,    6801 Colwell Blvd.,    Attn. C/S Care Dept,   Irving, TX 75039-3198
9708761        +PayPal Credit,    PO Box 5018,    Lutherville Timonium, MD 21094-5018
9708764        +Rich's Cars 'N Credit,    95 W. 400 N.,   Logan, UT 84321-3920
9708766        +SCIL, Inc. DBA Speedycash.com,    3611 N. Ridge Rd.,    Wichita, KS 67205-1214
9708768        +Speedy Cash/Radid Cash,    3527 N. Ridge Road,    Wichita, KS 67205-1212
9708772        +The Law Offices of Kirk A. Cullimore, LL,    644 E. Union Square,    Sandy, UT 84070-3403
9708779         US Bank,   Sunset Smith's Office,    2353 N. Main St.,    Farmington, UT 84025
9708774        +Union Workers Credit Services,    1327 Empore Central, Ste. 130,    Dallas, TX 75247-4086
9708781        +Verizon Wireless Bankruptcy Admin,    500 Technology Dr., Ste. 550,
                 Saint Charles, MO 63304-2225
9708784        +Veros Credit LLC,    2333 N. Broadway, Ste. 400,    Santa Ana, CA 92706-1656
9708783        +Veros Credit LLC,    2333 N. Broadway, Ste. 130,    Santa Ana, CA 92706-1641
9708786        +Willow Cove Apartments,    9300 Redwood Road,    West Jordan, UT 84088-6607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9708712        +EDI: CINGMIDLAND.COM Jun 03 2015 01:28:00      AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
9708713        +EDI: CINGMIDLAND.COM Jun 03 2015 01:28:00      AT&T Mobility,    5109 82nd St Unit 4,
                 Lubbock, TX 79424-3000
9779073        +EDI: ATLASACQU.COM Jun 03 2015 01:29:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
9708715        +E-mail/Text: banko@bonncoll.com Jun 03 2015 01:33:52       Bonneville Billing,
                 1186 E. 4600 S., Ste. 100,    Ogden, UT 84403-4896
9708714        +E-mail/Text: banko@bonncoll.com Jun 03 2015 01:33:52       Bonneville Billing,    PO Box 150621,
                 Ogden, UT 84415-0621
9708716        +E-mail/Text: banko@bonncoll.com Jun 03 2015 01:33:52       Bonneville Collections,
                 PO Box 150621,    Ogden, UT 84415-0621
9708717        +EDI: CAPITALONE.COM Jun 03 2015 01:28:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
9708718        +EDI: CAPITALONE.COM Jun 03 2015 01:28:00      Capital One Bank (USA), N.A.,    PO Box 60599,
                 City of Industry, CA 91716-0599
9708723        +E-mail/Text: WST_Bankruptcy@cable.comcast.com Jun 03 2015 01:33:53       Comcast,
                 9602 S. 300 W.,    Sandy, UT 84070-3301
9708726        +E-mail/Text: WST_Bankruptcy@cable.comcast.com Jun 03 2015 01:33:53       Comcast Cable,
                 542 W. 400 S.,   Lindon, UT 84042-1914
9708724        +E-mail/Text: WST_Bankruptcy@cable.comcast.com Jun 03 2015 01:33:53       Comcast Cable,
                 752 N MARSHALL WAY,    Layton, UT 84041-7278
9708725        +E-mail/Text: WST_Bankruptcy@cable.comcast.com Jun 03 2015 01:33:53       Comcast Cable,
                 PO Box 34744,    Seattle, WA 98124-1744
9708727        +E-mail/Text: bankruptcy@consumerportfolio.com Jun 03 2015 01:33:39
                 Consumer Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
9708728        +EDI: CCS.COM Jun 03 2015 01:28:00      Credit Collection Services,    Two Wells Ave.,
                 Newton Center, MA 02459-3246
9708730        +EDI: CCS.COM Jun 03 2015 01:28:00      Credit Collection Services,    PO Box 9134,
                 Needham Heights, MA 02494-9134
9708729        +EDI: CCS.COM Jun 03 2015 01:28:00      Credit Collection Services,    PO Box 9136,
                 Needham Heights, MA 02494-9136
9708737        +EDI: RMSC.COM Jun 03 2015 01:28:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando, FL 32896-0061
9708738        +E-mail/Text: bureauknight@yahoo.com Jun 03 2015 01:33:24       Knight Adjustment Bureau,
                 404 E. 4500 S., Ste. A-34,    Salt Lake City, UT 84107-2710
```

```
District/off: 1088-2          User: dlg                   Page 2 of 3                   Date Rcvd: Jun 02, 2015
                              Form ID: rab18              Total Noticed: 77

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9708745        +EDI: RESURGENT.COM Jun 03 2015 01:28:00       LVNV Funding, LLC,    PO Box 10584,
                 Greenville, SC 29603-0584
9708746        +EDI: RESURGENT.COM Jun 03 2015 01:28:00       LVNV Funding, LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
9708743        +EDI: RESURGENT.COM Jun 03 2015 01:28:00       LVNV Funding, LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
9708744        +EDI: RESURGENT.COM Jun 03 2015 01:28:00       LVNV Funding, LLC,    PO Box 740281,
                 Houston, TX 77274-0281
9708747        +EDI: TSYS2.COM Jun 03 2015 01:28:00       Macy's/DSNB,    PO Box 8218,    Mason, OH 45040-8218
9708748        +EDI: TSYS2.COM Jun 03 2015 01:28:00       Macys,    PO Box 8218,    Mason, OH 45040-8218
9708752        +E-mail/Text: jlothrop@macu.com Jun 03 2015 01:33:25       Mountain America Credit Union,
                 180 E. 100 S.,    Salt Lake City, UT 84139-1502
9708751        +E-mail/Text: jlothrop@macu.com Jun 03 2015 01:33:25       Mountain America Credit Union,
                 7181 South Campus View Drive,    West Jordan, UT 84084-4312
9708753        +E-mail/Text: jlothrop@macu.com Jun 03 2015 01:33:25       Mountain America Credit Union,
                 660 S. 200 E.,    Salt Lake City, UT 84111-3846
9708754        +E-mail/Text: wendy@mountainlandcollections.com Jun 03 2015 01:33:53
                 Mountain Land Collections,     PO Box 1280,    483 W. 50 N.,    American Fork, UT 84003-2265
9708755        +E-mail/Text: bkclerk@north-american-recovery.com Jun 03 2015 01:33:36        N.A.R., Inc.,
                 5225 W. Wiley Post Way, Ste. 410,    Salt Lake City, UT 84116-2561
9708756        +E-mail/Text: bkclerk@north-american-recovery.com Jun 03 2015 01:33:36        NAR Inc.,
                 1600 W. 2200 S., Ste. 410,    Salt Lake City, UT 84119-7240
9708762        +EDI: RMSC.COM Jun 03 2015 01:28:00       Paypal Credit Services/GECRB,     PO Box 960080,
                 Orlando, FL 32896-0080
9708763        +EDI: RESURGENT.COM Jun 03 2015 01:28:00       Resurgent Capital Services,
                 55 Beattie Place, Ste. 110 MS576,    Greenville, SC 29601-5115
9708770         EDI: NEXTEL.COM Jun 03 2015 01:28:00       Sprint,    PO Box 54977,    Los Angeles, CA 90054
9708767        +E-mail/Text: bankruptcy@speedyinc.com Jun 03 2015 01:33:23       Speedy Cash / Rapid Cash,
                 PO Box 780408,    Wichita, KS 67278-0408
9708769        +E-mail/Text: bankruptcy@speedyinc.com Jun 03 2015 01:33:23       Speedy Cash/Rapid Cash,
                 3611 N. Ridge Rd.,    Wichita, KS 67205-1214
9708771        +EDI: AISTMBL.COM Jun 03 2015 01:29:00       T-Mobile USA, Inc.,    Bankruptcy Dept.,
                 PO Box 53410,    Bellevue, WA 98015-3410
9708773        +E-mail/Text: bknotices@lac77.com Jun 03 2015 01:33:20       Titanium Funds,    1265 S. State St.,
                 Clearfield, UT 84015-1602
9708778         EDI: USBANKARS.COM Jun 03 2015 01:29:00       US Bank,    1200 Energy Park D,
                 Saint Paul, MN 55108
9708776         EDI: USBANKARS.COM Jun 03 2015 01:29:00       US Bank,    425 Walnut St.,    Cincinnati, OH 45202
9708777         EDI: USBANKARS.COM Jun 03 2015 01:29:00       US Bank,    Cb Disputes,    PO Box 108,
                 Saint Louis, MO 63166
9708780        +EDI: USBANKARS.COM Jun 03 2015 01:29:00       US Bank Line of Credit,    PO Box 5227,
                 Cincinnati, OH 45201-5227
9708775        +E-mail/Text: ebn@unique-mgmt.com Jun 03 2015 01:33:47       Unique National Collections,
                 119 E. Maple St.,    Jeffersonville, IN 47130-3439
9708782        +EDI: AFNIVZWIRE.COM Jun 03 2015 01:28:00       Verizon Wireless Bankruptcy Admin,    PO Box 3397,
                 Bloomington, IL 61702-3397
9708785        +EDI: WFFC.COM Jun 03 2015 01:28:00       Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                               TOTAL: 44

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9708740       ##+Law Offices of Quinn M. Kofford, PC,    43 N. 470 W.,    American Fork, UT 84003-2267
9708757       ##+National Asset Recovery Services, Inc.,    PO box 701,    Chesterfield, MO 63006-0701
9708765       ##+Rocky Mountain Power,    1033 NE 6th Ave.,    Portland, OR 97232-2017
                                                                                               TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                                  Signature:  /s/Joseph Speetjens

```
District/off: 1088-2          User: dlg                 Page 3 of 3                 Date Rcvd: Jun 02, 2015
                              Form ID: rab18            Total Noticed: 77
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2015 at the address(es) listed below:
              George B. Hofmann tr, IV    trustee@cohnekinghorn.com,
               dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com;UT16@ecfcbis.com
              Ryan D. Baxter    on behalf of Debtor Mercedes Roysha Childs ryandbaxter@gmail.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                            TOTAL: 3
```